ALAN D. LEVINE
ATTORNEY AT LAW
80-02 KEW GARDENS ROAD
KEW GARDENS, NEW YORK 11415

(718) 793-6363
FAX: (718) 544-5703
E-MAIL: alandlaw@justice.com

April 11, 2008

Honorable Richard M. Berman
United States District Judge
500 Pearl Street
New York, New York 10007-1312

Re: Chisolm, et al. v. Duane Reade Inc.
08 CV 2925 (RMB)

Dear Judge Berman:

I am the attorney for the plaintiff in the above-referenced action. Your Honor has scheduled an initial conference in the action for April 15, 2008, at 9:00 A.M.. Please be informed that service on the defendant was made at the Office of the Secretary of State in Albany on April 1, 2008. The defendant's time to answer has not yet run. I have not yet been served with an answer. Consequently, I am requesting that the initial conference be adjourned.

Very truly yours,

[signature]

ALAN D. LEVINE