```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-21-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
KIMERA CHISOLM and DARRYL HOLLY,          STIPULATION
                                          EXTENDING TIME
                         Plaintiffs,      **TO ANSWER**

            -against-                     08 CV 2925

DUANE READE INC.,

                         Defendant.
------------------------------------------------X

    IT IS HEREBY STIPULATED that the time for the defendant, **DUANE READE INC.**, to appear and to answer, amend or supplement the answer as of course or to make any motion* with relation to the summons or to the complaint in this action, be and the same hereby is extended to and including the **12**th day of **May, 2008**.

    IT IS HEREBY STIPULATED that the defendant, **DUANE READE INC.**, will not assert any affirmative defense of lack of jurisdiction based on improper service.

*[handwritten: Conference in 5/19/08 @ 9:00 AM]*

DATED:   Baldwin, New York
         April 18, 2008


CHESNEY & MURPHY, LLP                    ALAN D. LEVINE, ESQ.
By: John F. Janowski (JFJ-8656)          Attorney for Plaintiffs
Attorney(s) for Defendant                KIMERA CHISOLM & DARRYL HOLLY
DUANE READE INC.                         Office & P.O. Address
Office & P.O. Address                    80-02 Kew Gardens Road
2305 Grand Avenue                        Suite 1010
Baldwin, New York 11510                  Kew Gardens, New York 11415
(516) 378-1700                           (718) 793-6363
                                         File No.: 2091


SO ORDERED:

*[signature: RMB]*
U.S.D.J.  4/21/08  *[signature: Richard M. Berman]*

**\*** see Court's rules regarding motions.

JFJ/lk - DRZ 397