UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
KIMERA CHISOLM and DARRYL HOLLY,

                Plaintiffs,

   -against-

DUANE READE INC.,

                Defendant.
------------------------------------------X

**CASE MANAGEMENT PLAN**

DOCKET NUMBER:
08 CV 2925

    The following Case Management Plan is entered after consultation with parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)   Joinder of additional parties by: 9/4/08

(ii)  Amend the pleadings by: 9/4/08

(iii) All discovery to be expeditiously completed by: ~~11/21/08~~ 9/19/08 RMB

(iv)  Consent to Proceed before Magistrate Judge: for discovery

(v)   Status of settlement discussions: none  10/6/08 @ 9:30 with Principals RMB

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions:_____

(vii)  Oral Argument:_____

(viii) Joint Pre-Trial Order to be submitted by:_____

(ix)   Final Pre-Trial Conference:_____

(x)    Trial:_____

(xi)   Other:_____

SO ORDERED: New York, New York
           5/19/08
_____

                                    RMB
                           _____
                           Hon. Richard M. Berman, U.S.D.J.

1