USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 2925 (RMB)

KIMERA CHISOLM and DARRYL HOLLY,

           Plaintiffs,

- against -

DUANE READE INC.,

           Defendant.

STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties hereto, that whereas no party hereto is an infant or an incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is, discontinued with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

**Clerk to close this case.**

Dated: Kew Gardens, New York
      June 5, 2008

_____
ALAN D. LEVINE, ESQ.
Attorney for Plaintiffs
80-02 Kew Gardens Road
Suite 1010
Kew Gardens, New York 11415
(718) 793-6363
Our File No. 2091

BY: _____
CHESNEY & MURPHY, LLP
Attorneys for Defendant
2305 Grand Avenue
Baldwin, New York 11510-3152
(516) 378-1700

_RMB_
U.S.D.J.
7/28/08